[No. 2239-1.    Division One.    September 3, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MARILYN JOYCE BRODIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 62592, Horton Smith, J., entered April 6, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2420-1.    Division One.    September 3, 1974.]

LOLA L. KAHN, *Appellant*, v. ARTHUR R. KAHN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 610331, James W. Mifflin, J., entered June 28, 1973. *Reversed* by unpublished opinion per James, J., concurred in by Farris and Callow, JJ.

[No. 2433-42703-1.    Division One.    September 9, 1974.]

*In the Matter of* SUANNE STREBY *et al., Appellants, v.* EVERETT COMMUNITY COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 112823, Alfred O. Holte, J., entered January 19, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and Farris, J.

[No. 2672-1.    Division One.    September 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN FELIX CLANTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64989, Cornelius C. Chavelle, J., entered November 30, 1973. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris and Williams, JJ.